UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ALVARO ORTIZ, JR.,<br><br>            Defendant. | 2:06-cr-00113-LRH-GWF<br><br>ORDER |

Before the court is defendant's Unopposed Motion to Amend Judgment (#53)[1]. The Government has agreed to not oppose this motion and no opposition has been filed.

The court has considered the motion and will grant it.

Good cause appearing, defendant's motion is granted and the judgment filed on January 7, 2015 (doc. #51) shall be amended to include language recommending that the defendant participate in an RDAP program while incarcerated in the Bureau of Prisons, and that such amended judgment be forwarded to the Bureau of Prisons facility to which defendant has been designated, FCI Safford, AZ.

IT IS SO ORDERED.

DATED this 12th day of March, 2015.

                                                  _____
                                                  LARRY R. HICKS
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docket number.